# ALABAMA COURT OF CRIMINAL APPEALS



April 11, 2025

**CR-2024-0521**

Todd Joseph Faralli v. State of Alabama (Appeal from Mobile Circuit Court: CC-22-2663)

## NOTICE

You are hereby notified that on April 11, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk